**Sandra LAVOIE–FRANCISCO,
Plaintiff–Appellant,**

Gary Zerjav, Plaintiff,

v.

TOWN OF COVENTRY, Joseph
Callahan, Defendants–
Appellees.

Alfred Chiulli, Al–Fred Builders
& Dev. LLC, Defendants.

No. 08–5549–cv.

United States Court of Appeals,
Second Circuit.

Nov. 5, 2009.

John R. Williams, New Haven, CT, for Plaintiff–Appellant.

Frederick M. O'Brien, Regnier, Taylor, Curran & Eddy, Hartford, CT, for Defendants–Appellees.

Present: JON O. NEWMAN, WALKER, ROBERT A. KATZMANN, Circuit Judges.

## SUMMARY ORDER

Plaintiff–Appellant Sandra Lavoie–Francisco appeals from a judgment of the district court (Squatrito, *J.*) entered October 14, 2008, granting Defendants–Appellees' motion for summary judgment and dismissing the complaint. We assume the parties' familiarity with the facts and procedural history of the case.

We have considered all of the arguments on appeal and find them without merit.

Therefore, we **AFFIRM,** for substantially the reasons stated by the district court.